

**Service of Process Transmittal**
09/30/2020
CT Log Number 538329689

**TO:** Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** Process Served in Illinois

**FOR:** WALMART INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Waymoth Zoie, Pltf. vs. Walmart Inc., Dft. |
| DOCUMENT(S) SERVED: | Summons, Attachment(s), Complaint |
| COURT/AGENCY: | Madison County - 3rd Judicial Circuit Court, IL<br>Case # 2020L001371 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition - 09/14/2020 - 12495 IL-143, Highland, Illinois 62249 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Chicago, IL |
| DATE AND HOUR OF SERVICE: | By Process Server on 09/30/2020 at 03:12 |
| JURISDICTION SERVED: | Illinois |
| APPEARANCE OR ANSWER DUE: | Within 30 days after service, exclusive of the day of service |
| ATTORNEY(S) / SENDER(S): | Brady M. McAninch<br>Hipskind & McAninch, LLC<br>5111 West Main Street<br>Belleville, IL 62220<br>618-641-9189 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 10/01/2020, Expected Purge Date: 10/06/2020 |
| | Image SOP |
| | Email Notification, Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| For Questions: | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of 1 / DP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Sep 30, 2020

**Server Name:** Andrew Raphael

| Entity Served | WALMART INC. |
|---|---|
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | 2020L1371 |
| Jurisdiction | IL |



IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

30 DAY SUMMONS

# 24388

ZOIE WAYMOTH

PLAINTIFF

Date: September 28, 2020

vs

Case No:

WALMART, INC

DEFENDANT

**DEFENDANT: CT CORPORATION, 208 SOUTH LASALLE STREET, SUITE 814, CHICAGO, IL 60604**

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court, **within 30 days after this service of this summons**, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

Witness: , Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this September 28, 2020.



9/28/2020

Clerk of the Circuit Court

/s/ Terianne Edwards

By:_____
Deputy Clerk

(Plaintiff's Attorney)
Brady McAninch
5111 W. Main St.
Belleville, IL 62226

Date of Service:_____, 20_____.
(To be inserted by officer on the copy left with the defendant or other person)

Case No:

STATE OF ILLINOIS}
MADISON COUNTY}ss

I,_____, Sheriff of said county, have duly served the within summons on the defendant_____ by leaving a copy thereof with said defendant personally, on the_____ day of_____, 20_____.

I have duly served the said summons on the defendant,_____ on the _____ day of_____, 20_____, by leaving a copy of said summons on said date at his usual place of abode with _____, a person of the family of said _____ of the age of 13 years or upwards and by informing such persons with whom said summons was left of the contents thereof and by also sending a copy of said summons on the_____ day of _____, 20_____, in a sealed envelope, with postage fully prepaid, addressed to said defendant _____ at his usual place of abode, as stated hereinabove in my return.

Dated this _____day of_____ 20_____.

_____
Sheriff

| Sheriff's Fees | |
|---|---|
| Service | $_____ |
| Making Copies | $_____ |
| Miles Traveled | $_____ |
| Copies | $_____ |
| Return | $_____ |
| Total | $_____ |

***EFILED***
Case Number 2020L 001371
Date: 9/28/2020 10:18 AM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| ZOIE WAYMOTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2020L 001371 |
| ) | |
| Vs ) | |
| ) | |
| ) | |
| WALMART INC., ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

NOW COMES Plaintiff, Zoie Waymoth, by and through her attorneys, Hipskind & McAninch, LLC, and for her Complaint against Defendant, Walmart Inc., states as follows:

1. On or before September 14, 2020, Defendant, Walmart, Inc. (hereafter "Wal-Mart"), owned, operated, managed, maintained, and controlled an establishment known as Wal-Mart Supercenter located at 12495 IL-143, Highland, Illinois 62249.

2. On September 14, 2020, Plaintiff, Zoie Waymoth, was on the premises as a customer and patron of Wal-Mart, when she slipped on a foreign substance, causing her to fall to the floor.

3. At the time and place alleged above, Wal-Mart had a duty to use reasonable care in the ownership, operation, management, maintenance, and control of the subject premise.

4. On September 14, 2020, Wal-Mart in violation of such duty, committed one or more of the following negligent acts:

    a. Failed to inspect the premises to ascertain the presence of a foreign substance on the floor;

  b. Caused or allowed a foreign substance to be present on the floor presenting an unreasonably dangerous condition, when it knew or should have known of the presence of such foreign substance;

  c. Failed to timely and properly maintain the subject area so as to provide a safe walking surface for its customers;

  d. Failed to provide any type of warning for its customers concerning the unsafe condition of the subject area, when it knew, or in the exercise of ordinary care should have known, that a warning was necessary for the safety of its customers, including Plaintiff; and/or

  e. Was otherwise careless and/or negligent in the ownership, operation, maintenance, and management of the subject establishment.

5. As a proximate result of one or more of the foregoing negligent acts or omissions of Wal-Mart, Plaintiff was caused to fall and suffer significant injuries and resulting damaged.

WHEREFORE Plaintiff, Zoie Waymoth, requests that the Court enter judgement in his favor against Defendant, Walmart Inc., in an amount exceeding $50,000.00 and for any other relief that is just under the circumstances.

Respectfully Submitted,

**HIPSKIND & MCANINCH, LLC**

By: /s/ Brady McAninch
John T. Hipskind, #6296743
Brady M. McAninch, #6306542
5111 West Main Street
Belleville, Illinois 62220
brady@hm-attorneys.com
Phone: 618-641-9189
Fax: 618-551-2642
*Attorneys for Plaintiff*